3961 (Rev. 11-13)



**STATE OF MICHIGAN**
**DEPARTMENT OF TREASURY**
LANSING

RICK SNYDER
GOVERNOR

NICK A. KHOURI
STATE TREASURER

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
SOUTHERN DIVISION

In re:

Henry Winston Moore Jr
19481 Cheyenne
Detroit, MI 48235

Case No. 17-56898
Chapter 13
Hon. Thomas J Tucker

    Debtor

_____

# WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIM

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of claim (8-1) in the amount of $2,850.97, dated herein on 4/26/18.

*Sandra L. Braun* (signature)

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy